UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHERYL WALKER,

                      Plaintiff,

          - against -

JEFFREY ZAGELBAUM MGMT LLC;
WILLIAM ROSENBERG; and JEFFREY
ZAGELBAUM,

                     Defendants.
------------------------------------------------------------X

**ORDER**

07 CV 4799 (RJD) (LB)

DEARIE, Chief Judge.

On November 25, 2008, Magistrate Judge Lois Bloom recommended that the Court dismiss plaintiff's claim pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v), for her repeated violations of the Court's discovery orders. Objections to this Report & Recommendation were due on December 15, 2008. No objections have been filed.

The Court therefore adopts Magistrate Judge Bloom's Report & Recommendation in its entirety.

SO ORDERED.

Dated: Brooklyn, New York
       December 1 7, 2008

                                          s/ Judge Raymond J. Dearie

                                          RAYMOND J. DEARIE
                                          United States District Judge